IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BEARD,

      Plaintiff,                     No. CIV S-09-2984 JAM GGH P

    vs.

BRITT,

      Defendant.                <u>ORDER</u>

_____/

        On April 21, 2010 (docket # 14), plaintiff filed a document entitled "Objections to the Magistrate[']s Findings and Recommendations."[1]  This civil rights action was closed on March 23, 2010.  Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure.  Therefore, docket # 14 will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: June 2, 2010              /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
bear2984.58g

---

[1] Plaintiff's earlier timely objections were before the district judge before judgment was entered in this case.  <u>See</u> Order, filed on March 23, 2010 (docket # 12).